IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERTO E. CALLE GRACEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-07-492 |
| | § | |
| ENERGY TRANSFER PARTNERS, LP ET AL | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF TRANSFER

1.   This case has been TRANSFERRED to Judge Kenneth Hoyt for the following reason:

   [ X ]   Agreement between the judges.
   [   ]   Bankruptcy-related case reassigned to the judge with the lowest-numbered case.
   [   ]   Recusal.
   [   ]   Transfer for plea with related case CR _____.
   [ X ]   Other: Transfer of Galveston cases to Judge Hoyt

2.   Deadlines in existing scheduling orders remain in effect; however, all court settings are canceled.

**David Bradley, Acting Clerk**

By: *Cassandra Lamey*
   Cassandra Lamey
   Case Manager to Judge Keith P. Ellison

Date: 9/09/09